# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 21-71011-AKM-13 |
| Lance D Richards, III<br>Tracey Lynn Richards | Chapter 13 |
| Debtors. | Judge Andrea K. McCord |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE FILED 1/20/2023

    U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ('Creditor'), by and through their undersigned counsel, hereby withdraws their Notice of Mortgage Payment Change filed 1/20/2023.

Respectfully Submitted,

/s/ Dylan Dean Smith
Dylan Dean Smith (35433-72)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on March 28, 2023, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Dax Jameson Miller, Debtors' Counsel
    dax@daxjmiller.com

    Robert Musgrave, Chapter 13 Trustee
    evansville@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on March 28, 2023, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Lance D Richards, III, Debtor
    6444 Pebble Point Ct
    Newburgh, IN 47630-9818

    Tracey Lynn Richards, Debtor
    6444 Pebble Point Ct
    Newburgh, IN 47630-9818

                                                    /s/ Dylan Dean Smith
                                                    Dylan Dean Smith (35433-72)
                                                    Attorney for Creditor